PER CURIAM.

The possession of wine for the purpose of sale in a dry area is the offense; the punishment, a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The offense is rape; the punishment, 5 years for John C. Harris and 10 years for Orville E. Harris.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**John C. HARRIS and Orville E. Harris, Appellants,**

v.

**The STATE of Texas, Appellee.**

No. 27382.

Court of Criminal Appeals of Texas.

Jan. 26, 1955.

**C. L. ROBINSON, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27373.

Court of Criminal Appeals of Texas.

Jan. 26, 1955.

No attorney on appeal, for appellant.

Dan Walton, Dist. Atty., Houston, Eugene Brady, Jr., Asst. Dist. Atty., Wesley Dice, State's Atty., Austin, for the State.

No attorney on appeal.

Wesley Dice, State's Atty., Austin, for the State.